**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JAMES ROBERT ROWSEY**                                                 **PLAINTIFF**

**v.**                                        **No. 4:04CV375-D-B**

**COMMISSIONER CHRISTOPHER EPPS, ET AL.**            **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g). In light of this holding, any pending motions in this case are hereby **DISMISSED** as moot.

**SO ORDERED,** this the 21st day of June, 2005.


                                                   /s/ Glen H. Davidson
                                                   CHIEF JUDGE